3

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

United States District Court
Southern District of Texas
FILED

JUN 1 2 2002

Michael N. Milby
Clerk of Court

CIVIL ACTION NO.  B-02-032

GERALD R. SWANSON

VS.

GREAT AMERICAN LIFE INSURANCE
CO., ET AL.

DATE & TIME:    06-12-02 AT 1:30 P.M.

PLAINTIFF(S)    GERALD R. SWANSON
COUNSEL

DEFENDANT(S) _____
COUNSEL

------------------------------------------------------------------------------------------------------------------

ERO:  Linda Garcia
CSO:  Richard Haralson

    Case was called.  No one appeared.