

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 1 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GERALD R. SWANSON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-032 |
| | § | |
| GREAT AMERICAN LIFE INSURANCE | § | |
| COMPANY, ET AL. | § | |

## ORDER

This Pro Se suit was filed on February 21, 2002. It was set for a conference on June 12, 2002. No one appeared for that conference.

A review of the Plaintiff's Original Petition leads this judge to the conclusion that Plaintiff may have filed it in the wrong courthouse. This conclusion is based on the following observations:

1. The typed caption references the District Court of Cameron County, Texas.

2. Paragraph I refers to the Texas Rules of Civil Procedure governing discovery.

3. There are no federal jurisdictional allegations.

4. Paragraph III states that under the Texas Civil Practice & Remedies Code venue is proper in Cameron County, Texas.

5. All claims are made under Texas statutes.

Additionally, as mandated by the Fifth Circuit Court of Appeals, an evaluation of the Petition was made to determine whether or not this court has jurisdiction. The face of the Petition reveals that the parties are not diverse.

Finally, Plaintiff has apparently made no effort to serve the Defendants.

Plaintiff is advised that unless he takes further action in this case on or before July 17, 2002,

an order dismissing this case without prejudice will be presented to Senior District Judge Filemon B. Vela.

DONE at Brownsville, Texas, on this 12th day of June, 2002.

John Wm. Black
United States Magistrate Judge