IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

AUG 21 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GERALD R. SWANSON, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-032 |
| | § | |
| GREAT AMERICAN LIFE | § | |
| INSURANCE COMPANY, ET AL., | § | |
| Defendants. | § | |

## ORDER TO DISMISS WITHOUT PREJUDICE

On June 13, 2002, Magistrate Judge John Wm. Black issued an order observing that neither of the parties in this case appeared at a conference set for June 12, 2002. Furthermore, based on averments made in the Plaintiff's Original Petition, the Court also concluded that the Plaintiff may have inadvertently filed the pleading in federal court and that the suit properly belonged in state court. The Court further found that federal jurisdiction did not exist based on the allegations of the Petition. Moreover, the Plaintiff had made no apparent effort to serve the Defendants. In the order, the Court advised the Plaintiff that if he failed to take any action in this case on or before July 17, 2002, the action would be referred to the district court to be dismissed without prejudice.

The Plaintiff neither took any action in this case on or before July 17, 2002, nor has he taken any action to date. Accordingly, IT IS **ORDERED** that this case be **DISMISSED WITHOUT PREJUDICE**.

DONE at Brownsville, Texas, this 21st day of August, 2002.

Filemon B. Vela
United States District Judge